IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02270-BNB

GARY A. GRADY,

    Applicant,

v.

AL ESTEP, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO J. W. SUTHERS,

    Respondents.

---

ORDER TO DISCHARGE SHOW CAUSE ORDER AND TO
DRAW CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On January 10, 2006, Magistrate Judge O. Edward Schlatter ordered Applicant Gary A. Grady to show cause why the instant application should not be dismissed for failure to exhaust state remedies. On February 14, 2006, Mr. Grady filed a response to the order to show cause. Based upon the information provided in the response, it appears that Mr. Grady has exhausted state remedies as to his claim asserted pursuant to *Apprendi v. New Jersey*, 530 U.S. 466 (2000). Therefore, the application will not be dismissed at this time for failure to exhaust state remedies. The January 10 show-cause order will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the January 10, 2006, order to show cause is discharged. It is

FURTHER ORDERED that the case shall be drawn to a district judge and to a magistrate judge.

DATED February 16, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02270-BNB

Gary A. Grady
Prisoner No. 61989
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/16/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk